# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

## JOHN O'REILLY AND CECILIA O'REILLY, RESPONDENTS, v. THE CITY OF KINGSTON, APPELLANT.

*Compulsory reference — can only be ordered where the trial requires the examination of a long account — Code of Civil Procedure, sec. 1013.*

APPEAL from an order made at a Special Term granting a compulsory reference.

The action involved the validity of a special assessment made by the city of Kingston.

"BY THE COURT. — In the case of *Barnes* v. *West* (23 N. Y. Sup. Ct. [16 Hun], 68) the court held that an equity action could not be compulsorily referred unless the trial required the examination of a long account. The words in section 1013 (Code), 'as prescribed in this section,' were held to refer to the clause 'where the trial will require the examination of a long account,' etc.

"We see no reason to change the view expressed in that decision. We are satisfied that, except in the instances above specified, the court cannot refuse to try an equity action, and cannot compel the parties to try the same before a referee."

The order appealed from is reversed, with ten dollars costs and printing disbursements, and the motion to refer is denied.

*Wm. Lounsbury*, for the appellant.

*M. Schoonmaker*, for the respondents.

Opinion *Per Curiam.*

Present — LEARNED, P. J., BOOKES and BOARDMAN, JJ.

Order reversed, with ten dollars costs and printing disbursements.